UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy Case No. |
| ) | |
| Tiffany A Cordell, ) | 19 B 20418 |
| ) | |
| Debtor ) | |

### ORDER AND NOTICE SETTING HEARING ON REAFFIRMATION AGREEMENT:

IT IS HEREBY ORDERED THAT the Court will hold a status hearing on the **Reaffirmation Agreement with Wells Fargo Bank N.A.**, on **Thursday, October 10, 2019 at 10:00 a.m.**, before the Honorable Deborah L. Thorne, Everett McKinley Dirksen Building, 219 South Dearborn Street, Courtroom 613, Chicago, Illinois.

Dated: September 19, 2019

Deborah L. Thorne
Bankruptcy Judge