IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No.: 19-20418 |
| --- | --- | --- |
| Tiffany A Cordell | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Judge Deborah L. Thorne |

NOTICE OF RESCISSION PURSUANT TO 11 U.S.C. SECTION 524(c)(4)

This notice will advise you that the reaffirmation agreement entered on September 12, 2019 into between the Debtor(s) and Wells Fargo Bank, N.A. [docket entry 17] is hereby , rescinded pursuant to 11 U.S.C. § 524(c)(4) and that the reaffirmation executed between the parties is void.

*By: /s/ David H. Cutler*
David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd.
4131 Main St,
Skokie, IL 60076
Phone: (847) 673-8600